Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff*
*Coach Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COACH SERVICES, INC., a Maryland Corporation,

    Plaintiff,

v.

HOLLYWOOD TOO, L.L.C., a California Limited Liability Company; KATY CHAN, an individual; D D E G, INC., a California Corporation dba BARGAINS OF CHINATOWN; DON DOMINIC GABRIEL, an individual; RED LANTERN GIFT SHOP, an unknown business entity; FASHION BAGS & GIFTS, an unknown business entity; ELAINE ZHU, an individual; and DOES 1-10, inclusive,

    Defendants.

No. CV 11-2666 ~~MEJ~~

**[~~PROPOSED~~] ORDER RE PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

    IT IS HEREBY ORDERED that counsel for Coach Services, Inc. may appear telephonically at the Case Management Conference on September 16, 2011.

DATED: _____, 2011

*Ronald M. Whyte*
~~Maria-Elena James~~
**United States District Judge**

1
**[~~Proposed~~] Order re Plaintiffs' Request For Telephonic Appearance at Case Management Conference**