1  JASON W. CHIN   SBN 118119
   jchin@pacificventurelaw.com
2  RICHARD I. TAY   SBN 256618
   rtay@pacificventurelaw.com
3  RAY H. CHOI   SBN 256619
   rchoi@pacificventurelaw.com
4  PACIFIC VENTURE LAW PARTNERS, LLP
   582 Market Street, Suite 1004
5  San Francisco, CA 94102
   Telephone: 415-735-1089
6  Facsimile: 415-524-4211

7  Attorneys for Defendants
   *HOLLYWOOD TOO, LLC* and
8  *KATY CHAN*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLYWOOD TOO, LLC, a California Limited Liability Corporation; KATY CHAN, an individual; D D E G, INC., a California Corporation dba BARGAINS OF CHINATOWN; DON DOMINIC GABRIEL, an individual; RED LANTERN GIFT SHOP, an unknown business entity; FASHION BAGS & GIFTS, an unknown entity; ELAINE ZHU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Civil No.: CV 11-2666 RMW<br><br>**STIPULATION AND [] ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANTS HOLLYWOOD TOO, LLC AND KATY CHAN**<br><br>Hearing<br>Date:          February 10, 2012<br>Time:          9:00am<br>Courtroom:  6-4th floor<br><br>**Honorable Ronald M. Whyte** |

WHEREAS, Plaintiffs requested that the Clerk of this Court enter default in the above-captioned case against Defendants Hollywood Too, LLC and Katy Chan ("Defendants") on August 3, 2011;

WHEREAS, this Court entered such default against Defendants on August 4, 2011;

WHEREAS, the Plaintiffs and Defendants (the "Parties") wish this case to proceed

1
STIPULATION AND [] ORDER TO SET ASIDE DEFAULT

without further delay;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto, by their undersigned attorneys, that:

A. The default entered against Defendants on August 4, 2011 be set aside;

B. Defendants will file their Proposed Answer (attached hereto as Exhibit A) to Complaint and submit initial disclosures to Plaintiffs within ten (10) days of the default being set aside.

Dated: December 27, 2011                BLAKELY LAW GROUP

                                         /s/ Cindy Chan
                                        Brent H. Blakely
                                        Cindy Chan
                                        Attorneys for Plaintiffs COACH,
                                        INC. and COACH SERVICES, INC.

Dated: December 27, 2011                PACIFIC VENTURE LAW
                                        PARTNERS

                                         /s/ Ray H. Choi
                                        Ray H. Choi
                                        Attorneys for Defendants
                                        HOLLYWOOD TOO, LLC and
                                        KATY CHAN

## ORDER

Pursuant to the Parties' Stipulation, the default entered by the Clerk on August 4, 2011 (Dkt. 15) is set aside.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ day of _____, 20___.

[Stamp: IT IS SO ORDERED, Lucy H. Koh, Judge Lucy H. Koh, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

Honorable Ronald M. Whyte
U.S. DISTRICT COURT JUDGE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/ Ray H. Choi
RAY H. CHOI