1  JEFFREY A. CHEN, ESQ. (CSB #189514)
   Law Offices of Jeffrey A. Chen
2  275 Fifth Street, 4th Floor
   San Francisco, CA  94103
3  Telephone: (415) 348-6269
   Facsimile: (415) 358-8046
4  Email: jeffchenlaw@gmail.com

5  Attorneys for Defendants
   DON DOMINIC GABRIEL and
6  D D E G, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  COACH, INC., a Maryland Corporation;    )  **Case No.: CV-11-2666 TO Y**
    COACH SERVICES, INC., a Maryland        )
13  Corporation,                            )  **ORDER SETTING ASIDE DEFAULT**
                                            )  **AND TO ALLOW DEFENDANT DON**
14              Plaintiffs,                 )  **DOMINIC GABRIEL AND D D E G, INC. TO**
         vs.                                )  **FILE ANSWER TO COMPLAINT**
15                                          )
    HOLLYWOOD TOO, LLC; KATY CHAN,          )
16  an individual; D D E G, INC., a California )
    Corporation dba BARGAINS OF             )
17  CHINATOWN; DON DOMINIC GABRIEL,         )
    an individual; RED LANTERN GIFT SHOP,   )
18  an unknown business entity; FASHION BAGS)
    & GIFTS, an unknown business entity;    )
19  ELAINE ZHU, an individual; and DOES 1-10,)
    inclusive,                              )
20              Defendants.                 )
                                            )
21

22
                                **ORDER**
23
         GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED
24
    TO THE SAME, the Court finds that the STIPULATION is sanctioned by the Court and shall be and
25

now is the Order of the Court.   The defaults entered against DON DOMINIC GABRIEL and D D E G, INC. on September 9, 2011, are hereby set aside, and the Defendants are granted leave to file Answers within five (5) days of this Order.   Defendants shall serve their Initial Disclosure on Plaintiffs within seven (7) days of this Order.

IT IS SO ORDERED.

Dated: _____



_____
UNITED STATES DISTRICT JUDGE