Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD TOO, L.L.C., a California Limited Liability Company; KATY CHAN, an individual; D D E G, INC., a California Corporation dba BARGAINS OF CHINATOWN; DON DOMINIC GABRIEL, an individual; RED LANTERN GIFT SHOP, an unknown business entity; FASHION BAGS & GIFTS, an unknown business entity; ELAINE ZHU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 11-2666 RMW<br><br>**[] ORDER CONTINUING SETTLEMENT DEADLINE**<br><br>**Hon. Ronald M. Whyte** |

IT IS HEREBY ORDERED that the Settlement Deadline be continued to **March 30, 2012**.

DATED: _____, 2012     By: _____
                                          Hon. Ronald M. Whyte
                                          **United States District Judge**

---

1
**[] ORDER CONTINUING SETTLEMENT DEADLINE**