1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Hollywood, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410

6  *Attorneys for Plaintiffs*
   *Coach, Inc. and Coach Services, Inc.*
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 COACH, INC., a Maryland Corporation;       ) CASE NO. 11-2666 RMW
   COACH SERVICES, INC., a Maryland           )
12 Corporation,                               )
                                              ) **[] ORDER RE**
13                      Plaintiff,            ) **CONTINUANCE OF CASE**
           vs.                                ) **MANAGEMENT CONFERENCE**
14                                            )
   HOLLYWOOD TOO, L.L.C., a California        )
15 Limited Liability Company; KATY CHAN,      )
   an individual; D D E G, INC., a California )
16 Corporation dba BARGAINS OF                )   **Hon. Ronald M. Whyte**
   CHINATOWN; DON DOMINIC                     )
17 GABRIEL, an individual; RED LANTERN        )
   GIFT SHOP, an unknown business entity;     )
18 FASHION BAGS & GIFTS, an unknown           )
   business entity; ELAINE ZHU, an            )
19 individual; and DOES 1-10, inclusive,      )
                                              )
20                                            )
                        Defendants.           )
21                                            )

22 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23         PLEASE TAKE NOTICE that on September 16, 2011, this Court held a Case

24 Management Conference in the above-referenced matter. Cindy Chan, Esq., appeared

25 telephonically on behalf of Plaintiffs Coach, Inc. and Coach Services, Inc. Bruce

26 Piontkowski, Esq. appeared on behalf of Defendants Red Lantern Gift Shop, Fashion

27 Bags & Gifts, and Elaine Zhu.

28

1    IT IS HEREBY ORDERED that the parties attend mediation in this matter on or
2 before **December 14, 2011**.
3    IT IS FURTHER ORDERED that the Case Management Conference in this
4 matter will be continued to **February 10, 2012**.  The parties are to exchange Initial
5 Disclosures and discovery will be limited to the exchange of document requests,
6 requests for admission, and special interrogatories and two (2) depositions per party
7 prior to February 10, 2012.

9 IT IS SO ORDERED.

11 Dated: _____, 2014          By: _____
                                        Hon. Ronald M. Whyte
12                                      **United States District Judge**