Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HOLLYWOOD TOO, L.L.C., a California Limited Liability Company; KATY CHAN, an individual; D D E G, INC., a California Corporation dba BARGAINS OF CHINATOWN; DON DOMINIC GABRIEL, an individual; RED LANTERN GIFT SHOP, an unknown business entity; FASHION BAGS & GIFTS, an unknown business entity; ELAINE ZHU, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 11-2666 RMW <br><br> **[] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Case Management Conference: <br> Date:      Friday, February 10, 2012 <br> Time:      10:30 a.m. <br> Courtroom:  6 – 4th Floor <br><br> **Hon. Ronald M. Whyte** |

IT IS HEREBY ORDERED that the Case Management Conference be continued to **March 2, 2012**.

DATED: _____, 2012        By: _____
                                   Hon. Ronald M. Whyte
                                   **United States District Judge**