1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Hollywood, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410

6  *Attorneys for Plaintiffs*
   *Coach, Inc. and Coach Services, Inc.*
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | COACH, INC., a Maryland Corporation; | ) CASE NO. 11-2666 RMW
12 | COACH SERVICES, INC., a Maryland Corporation, | )
   | | ) **[] ORDER**
13 |                          Plaintiff, | ) **CONTINUING CASE**
   |                                    | ) **MANAGEMENT CONFERENCE**
14 |                vs.                 | )
15 | HOLLYWOOD TOO, L.L.C., a California | ) Case Management Conference:
   | Limited Liability Company; KATY CHAN, | )
16 | an individual; D D E G, INC., a California | ) Date:     Friday, February 10, 2012
   | Corporation dba BARGAINS OF | ) Time:     10:30 a.m.
17 | CHINATOWN; DON DOMINIC | ) Courtroom: 6 – 4th Floor
   | GABRIEL, an individual; RED LANTERN | )
18 | GIFT SHOP, an unknown business entity; | )
   | FASHION BAGS & GIFTS, an unknown | )   **Hon. Ronald M. Whyte**
19 | business entity; ELAINE ZHU, an | )
   | individual; and DOES 1-10, inclusive, | )
20 |                                    | )
   |                          Defendants. | )
21 |                                    | )

22     IT IS HEREBY ORDERED that the Case Management Conference be

23 continued to **March 2, 2012**.

24

25 DATED: _____, 2012        By: _____
                                      Hon. Ronald M. Whyte
26                                    **United States District Judge**

27

28