1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Hollywood, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410

6  *Attorneys for Plaintiffs*
   *Coach, Inc. and Coach Services, Inc.*
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 COACH, INC., a Maryland Corporation;        ) CASE NO. 11-2666 RMW
   COACH SERVICES, INC., a Maryland            )
12 Corporation,                                )
                                               ) **[] ORDER RE**
13                     Plaintiffs,             ) **VOLUNTARY DISMISSAL WITH**
           vs.                                 ) **PREJUDICE OF DEFENDANTS**
14                                             ) **DDEG AND DON DOMINIC**
   HOLLYWOOD TOO, L.L.C., a California         ) **GABRIEL**
15 Limited Liability Company; KATY CHAN,       )
   an individual; D D E G, INC., a California  )
16 Corporation dba BARGAINS OF                 )
   CHINATOWN; DON DOMINIC                      )
17 GABRIEL, an individual; RED LANTERN         )
   GIFT SHOP, an unknown business entity;      )
18 FASHION BAGS & GIFTS, an unknown            )
   business entity; ELAINE ZHU, an             )
19 individual; and DOES 1-10, inclusive,       )
                                               )
20                                             )
                       Defendants.             )
21                                             )

22     IT IS HEREBY ORDERED that this entire action will be dismissed with

23 prejudice pursuant to Fed.R.Civ.P. 41(a) as to Defendants D D E G, Inc. dba Bargains

24 of Chinatown and Don Dominic Gabriel. Each party shall bear their own attorneys'

25 fees and costs associated with this action.

26

27 DATED: _____, 2012

                                          _____
                                          Honorable Ronald M. Whyte
28                                        **United States District Judge**